IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

THOMAS EARL ELLIS, #06800                                        PETITIONER

v.                                           CIVIL ACTION NO.  3:23-cv-59-HTW-LGI

BRAND HUFFMAN                                                   RESPONDENT

## FINAL JUDGMENT

Pursuant to the Order of Dismissal issued this date and incorporated herein by reference,

IT IS, HEREBY ORDERED AND ADJUDGED that this Petition for a Writ of Habeas

Corpus filed pursuant to 28 U.S.C. § 2254 is DISMISSED WITHOUT PREJUDICE.

**SO ORDERED AND ADJUDGED,** this, the 1st   day of March, 2023.

s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE